UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Charles Peters                    : Chapter 13

       Debtor                       : Bky No. 25-13211 AMC

### Certification of Service

I, Lawrence S Rubin, attorney for the debtor, I did on September 28, 2025, cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

**Amended D**

          **s/Lawrence S. Rubin, Esquire**
          Lawrence S. Rubin, Esquire
          Attorney for Debtor
          337 West State Street
          Media, PA 19063
          (610) 565-6660

Dated: September 30, 2025

---

### Mailing List Exhibit

By ECF

US Dept of HUD
Margaret.R.Baldwin@hud.gov

Kenneth West, Ch 13 Trustee

The debtor, by email

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com